SEALED



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

4 - 25 CV - 621 - P

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES – JANE DOE,**
   Plaintiff,

v.

**JOHN DOE,**
   Defendant.

**Civil Action No. _____**

---

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, by and through undersigned counsel, brings this Complaint against Defendant John Doe and alleges as follows:

---

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346(b)(1) (Federal Tort Claims Act), and 5 U.S.C. § 7703 (Civil Service Reform Act).

2. Venue is proper in the Northern District of Texas, Fort Worth Division, under 28 U.S.C. § 1391(e), as a substantial portion of the events and omissions giving rise to this claim occurred in this District, and Plaintiff worked and resided here at all relevant times.

---

## II. PARTIES

3. Plaintiff *Jane Doe*, an employee of the United States Department of Health and Human Services (HHS), is currently on medical leave approved under the Federal Employees' Compensation Act (FECA). At all times relevant, Plaintiff was employed at HHS and performed her duties diligently.

4. Defendant *John Doe* is a **former** supervisor or managerial official employed by the United States Government, sued in his official and/or individual capacity for actions taken within the scope of his employment that caused harm to Plaintiff.

## III. FACTUAL ALLEGATIONS

5. On or about June 15, 2023, Plaintiff sustained a medically documented orthopedic injury in the course of federal employment. In addition, at a much later date and time, OWCP previously accepted her stress-related injury as compensable under FECA and backdated plaintiff's OWCP claim to be effective on 10/11/21.

6. Plaintiff had repeatedly notified Defendant and relevant agency officials of her deteriorating health, the need for medical leave, and requested workplace accommodations. Despite these efforts, Plaintiff was denied protection, subjected to retaliation, and removed from the worksite without appropriate process or support.

7. Defendant failed to adhere to statutory duties under 5 U.S.C. § 8122, 20 C.F.R. §§ 10.100-10.101, and 5 U.S.C. § 8124(a), which mandates federal government agency personnel to file timely OWCP injury notices and further requires OWCP to issue timely findings, and 20 C.F.R. § 10.121, which mandates written notice of evidence gaps and reasonable time to respond.

2

8. Defendants' acts and omissions led to a loss of over 526 workdays, delayed access to healthcare, financial distress, and serious emotional and physical harm.

## IV. CAUSES OF ACTION

### Count I – Negligence under the Federal Tort Claims Act (FTCA)

### 28 U.S.C. § 1346(b); §§ 2671–2680

9. Defendant failed to take reasonable steps to accommodate Plaintiff, investigate her complaints, and prevent foreseeable injury, constituting negligence under the FTCA.

   *See Sheridan v. United States*, 487 U.S. 392 (1988); *Richards v. United States*, 369 U.S. 1 (1962).

### Count II – Disability Discrimination under the Rehabilitation Act

### 29 U.S.C. § 794

10. Plaintiff is a qualified individual with a disability who was denied reasonable accommodations and subjected to adverse action. Defendant's conduct violated the Rehabilitation Act.

    *See Doe v. Potter*, No. 4:20-cv-00791-O (N.D. Tex. 2020); *Cavada v. McHugh*, 732 F. Supp. 2d 133 (D.D.C. 2010).

**Count III – Violation of Due Process under the Fifth Amendment**

**U.S. Const. amend. V**

11. Plaintiff had a protected property interest in continued employment, medical leave, and

benefits. Defendant deprived her of these rights without notice or due process.

*See Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532 (1985); *Board of Regents v.*

*Roth*, 408 U.S. 564 (1972).

**Count IV – Injunctive and Declaratory Relief**

**Federal Rules of Civil Procedure Rule 65**

12. Plaintiff seeks injunctive relief to prohibit further retaliation, require policy compliance,

and restore her employment rights under applicable federal law.

**V. REQUEST FOR JURY TRIAL**

**Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff respectfully demands**

**a trial by jury on all issues so triable.**

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

- **A.** Award compensatory damages for lost wages, medical expenses, and emotional

  distress;

- **B.** Declare that Defendant violated Plaintiff's rights under the FTCA, Rehabilitation Act,

  and U.S. Constitution;

- **C.** Grant preliminary and permanent injunctive relief;

4

- **D.** Award attorneys' fees and litigation costs under 29 U.S.C. § 794a;

- **E.** Permit continued use of a pseudonym (Jane Doe) for privacy and medical reasons;

- **F.** Grant any further relief the Court deems just and proper.

---

**Respectfully submitted,**

**/s/ Jane Doe**

**Plaintiff**

**Plaintiff's Counsel: TBD**

SEALED

JS 44 (Rev. 04/21) Case 4:25-cv-00621-P-BJ   Document 1-1   Filed 06/16/25   Page 6 of 6   PageID 6

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States Department of Health and Human Services, Jane Doe | John Doe |



JUN 16 2025 AM10:22
RECEIVED-USDC-NDTX-FW

| **(b)** County of Residence of First Listed Plaintiff **Tarrant** | County of Residence of First Listed Defendant **District of Columbia** |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* TBD | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 690 Other | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

Note: 330 Federal Employers' Liability is marked with X.

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from Another District *(specify)*

☐ 6  Multidistrict Litigation - Transfer

☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1346(b); §§ 2671–2680; 29 U.S.C. § 794; U.S. Const. amend. V; Federal Rules of Civil Procedure Rule 65

Brief description of cause:
Negligence under the Federal Tort Claims Act (FTCA); Violation of Due Process under the Fifth Amendment; Disability Discrimination;

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ TBD

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/15/25 | /s/ Jane Doe |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____