IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JANE DOE,** | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 4:25-CV-621-P |
| V. | § | |
| | § | |
| **JOHN DOE,** | § | |
| *Defendant*. | § | |

### ORDER RECOMMENDING DISMISSAL
### AND RETURNING CASE TO DISTRICT JUDGE

On June 16, 2025, *pro se* Plaintiff Jane Doe ("Plaintiff") filed a Complaint [doc. 1] in the above-styled and numbered action. Subsequently, on June 17, 2025, the Court ordered Plaintiff to file a motion to proceed under pseudonyms no later than July 11, 2025 [doc. 5]. In the Court's July 17th Order, the Court advised Plaintiff that failure to file such motion would result in the entry of an order directing her to file an amended complaint. Plaintiff wholly failed to comply with the Court's June 17th Order. As a result, on August 8, 2025, the Court ordered Plaintiff to file an amended complaint no later than August 29, 2029 [doc. 10]. In the Court's August 8th Order, the Court warned Plaintiff that failure "to timely file an amended complaint could result in the undersigned recommending the dismissal of this case without prejudice for lack of prosecution without further notice." [doc. 10]. Once again, Plaintiff has wholly failed to comply with the Court's Order. Consequently, the Court **RECOMMENDS** that the above-styled and numbered case be **DISMISSED** for failing to comply with the Court's orders and failing to prosecute this case.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

# ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until October 21, 2025,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation.  It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 7, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE